# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TUCKER,<br><br>    Plaintiff,<br><br>v.<br><br>FRED DODD, *et al.*,<br><br>    Defendants. | Case No. SA CV 12-1299 AG (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted.
2. Judgment be entered dismissing this action with prejudice as to defendants Ranger Garcia, Glenn Stotz, and St. Jude Medical Center, and without prejudice as to the remaining defendants.
3. The Clerk serve copies of this Order and the Judgment on the parties.

DATED: April 27, 2014

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE