# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TUCKER,<br><br>    Plaintiff,<br><br>    v.<br><br>FRED DODD, *et al.*,<br><br>    Defendants. | Case No. SA CV 12-1299 AG (JCG)<br><br>**JUDGMENT** |

  IT IS ADJUDGED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the above-captioned action is **DISMISSED** as follows:

  1.  Plaintiff's claims against defendants Ranger Garcia, Glenn Stotz, and St. Jude Medical Center are **DISMISSED WITH PREJUDICE**.

  2.  Plaintiff's claims against the remaining defendants are **DISMISSED WITHOUT PREJUDICE**.

DATED: April 27, 2014    _____
                              HON. ANDREW J. GUILFORD
                              UNITED STATES DISTRICT JUDGE